# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

STEVEN H. HAISHA and NADIA A. HAISHA,

       Plaintiffs,

v.                                     Case No. 2:11-cv-11276

COUNTRYWIDE BANK, FSB, et al.,

       Defendants.

_____/

## JUDGMENT FOR ATTORNEY FEES AND COSTS

In accordance with the court's order granting in part and denying in part Defendants Bank of America, N.A. and BAC Home Loans Servicing, LP's "Motion for Sanctions," dated July 29, 2011, and the court's "Order Assessing Sanctions," dated September 8th, 2011,

IT IS ORDERED AND ADJUDGED that Plaintiff's counsel Julian Levant and Plaintiff Steven Haisha shall pay Defendants Bank of America, N.A. and BAC Home Loans Servicing, LP $6,331.20 in reasonable attorney fees and $412.70 in costs.  Dated at Detroit, Michigan, this 8th   day of September, 2011.

DAVID J. WEAVER
CLERK OF THE COURT


BY: s/Lisa Wagner_____
Lisa Wagner, Deputy Clerk
and Case Manager to
Judge Robert H. Cleland

S:\Cleland\SET\Judgments\11-11276.HAISHA.Judgment.set.wpd